IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ellison, Patrick | Case Number: 06 B 11607 |
|---|---|---|
| | Ellison, Kathy | Judge: Wedoff, Eugene R |
| | Printed: 11/11/08 | Filed: 9/15/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed - No Disch:  September 19, 2008
Confirmed: November 9, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,321.60 |  |
| Secured: |  | 6,113.08 |
| Unsecured: |  | 8,122.15 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,525.00 |
| Trustee Fee: |  | 902.41 |
| Other Funds: |  | 658.96 |
| Totals: | 17,321.60 | 17,321.60 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Jennifer A Blanc Douge | Administrative | 1,525.00 | 1,525.00 |
| 2. | Greater Chicago Finance | Secured | 4,110.14 | 4,110.14 |
| 3. | Bank Of New York | Secured | 15,071.05 | 2,002.94 |
| 4. | Resurgent Capital Services | Unsecured | 159.88 | 159.88 |
| 5. | Illinois Dept Of Employment Sec | Unsecured | 4,124.49 | 4,124.49 |
| 6. | Nicor Gas | Unsecured | 3,261.34 | 3,261.34 |
| 7. | Greater Chicago Finance | Unsecured | 576.44 | 576.44 |
| 8. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 9. | Lavitia Wallace Thompson | Priority | | No Claim Filed |
| 10. | Illinois Dept Of Employment Sec | Priority | | No Claim Filed |
| 11. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 12. | Itasca Fire Protection District | Unsecured | | No Claim Filed |
| 13. | Emergency & Ambulatory | Unsecured | | No Claim Filed |
| 14. | Westlake Emergency Physicians | Unsecured | | No Claim Filed |
| 15. | Cingular Wireless | Unsecured | | No Claim Filed |
| 16. | TCF Bank | Unsecured | | No Claim Filed |
| 17. | Sears Consumer Finance | Unsecured | | No Claim Filed |
| 18. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 19. | Alexian Brothers Medical Center | Unsecured | | No Claim Filed |
| 20. | Westlake Hospital | Unsecured | | No Claim Filed |
| | | | $ 28,828.34 | $ 15,760.23 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ellison, Patrick | Case Number: 06 B 11607 |
|---|---|---|
| | Ellison, Kathy | Judge: Wedoff, Eugene R |
| | Printed: 11/11/08 | Filed: 9/15/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 213.16 |
| 5.4% | 516.04 |
| 6.5% | 173.21 |
| | $ 902.41 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

